U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

AUG - 1/2014

TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| TRAVIS DENORRIS ARNOLD | CIVIL ACTION NO. 14-538 |
| VERSUS | U.S. DISTRICT JUDGE STAGG |
| DEBORAH M WALKER, ET AL. | U.S. MAGISTRATE JUDGE KIRK |

### JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the motion for temporary restraining order [**Doc. #12**] is DENIED.

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this ___ day of _____, 2014.

_____
TOM STAGG
UNITED STATES DISTRICT JUDGE