RECEIVED

JUN 2 4 2015

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY: _____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

TRAVIS DENORRIS ARNOLD         DOCKET NO. 1:14-cv-00538
                               SECTION P

VERSUS

                               JUDGE TOM STAGG
JUDGE SHEDD, ET AL.            MAGISTRATE JUDGE JAMES D. KIRK

### J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that Arnold's complaint be **DENIED** and **DISMISSED WITH PREJUDICE** as frivolous pursuant to 28 U.S.C. §1915(e)(2)(B) and 1915A.

THUS DONE AND SIGNED at Shreveport, Louisiana on this 22nd day of June, 2015.

_____
TOM STAGG
UNITED STATES DISTRICT JUDGE